# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

William R. Rawls,      )
                    )
       Petitioner,      )
                    )
          v.           )     Civil Action No. 09-2199 (RJL)
                    )
Simon T. Wainwright,      )
                    )
       Respondent.      )

## ORDER

For the reasons stated in the accompanying Memorandum, it is this _4_ day of March 2010,

**ORDERED** that the show cause order [Dkt. No. 3] is **DISCHARGED**; it is

**FURTHER ORDERED** that the petition for a writ of *habeas corpus* [Dkt. No. 1] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge